UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

-vs-                           :      3:CR-19-235

MIGUEL RENTERIA-GOMEZ,
      Defendant            :

## INDICTMENT

THE GRAND JURY CHARGES:

### Count 1

Beginning in or about 2017, and continuing to the present, in Schuylkill County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**MIGUEL RENTERIA-GOMEZ,**

did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown to the grand jury, to commit the following offenses against the United States, namely, to knowingly, intentionally and unlawfully distribute, and possess with intent to distribute, one kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, 400 grams and more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and

cocaine and methamphetamine, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

THE GRAND JURY FINDS:

### FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, the defendant, MIGUEL RENTERIA-GOMEZ , shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

3.      By virtue of the commission of the offense charged in Count 1 of this Indictment by the defendant, MIGUEL RENTERIA-GOMEZ, any and all right, title, and interest the defendant may have had in the any of the property involved in or traceable to the offense alleged in Count 1 of this Indictment is vested in the United States and is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

4.      If any of the property involved in or traceable to the offenses alleged in Count 1 of this Indictment, as a result of any act or omission of the defendant:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute

property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

██████████████

DATE: 7-30-19

DAVID J. FREED
United States Attorney

By: *[signature]*
FRANCIS P. SEMPA
Assistant U.S. Attorney