# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | 3:19-CR-235 |
| v. | (MANNION, J.) |
| | (MEHALCHICK, M.J.) |
| Miguel Renteria-Gomez, | |
| Defendant | |

## REPORT AND RECOMMENDATION

The Defendant appeared before the undersigned on June 7, 2021, and entered a plea of guilty to the Superseding Indictment (Doc. 25).[1] The Court conducted a full colloquy with the Defendant on the record and has determined the following:

1. That the Defendant is fully competent and capable of entering an informed plea;

2. That the Defendant is aware of the nature of the charges and the consequences of the plea;

3. That the plea of guilty is a knowing and voluntary plea;

4. That the plea is supported by an independent basis in fact containing each of the essential elements of the offense.

On the basis of the foregoing, it is recommended that the Court enter an Order adjudging the Defendant guilty of the offenses of Drug Trafficking Conspiracy, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

---

[1] On June 7, 2021, the District Court referred this case to the undersigned for purposes of accepting the Defendant's guilty plea. (Doc. 89).

- 2 -

By a separate Pre-Sentence Order dated June 7, 2021, a presentence investigation was ordered with disclosure of the presentence report to the parties on or before August 2, 2021.

Dated: June 7, 2021

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | 3:19-CR-235 |
| v. | (MANNION, J.) |
| | (MEHALCHICK, M.J.) |
| Miguel Renteria-Gomez, | |
| Defendant | |

**NOTICE**

**NOTICE IS HEREBY GIVEN** that the undersigned has entered the foregoing **Report and Recommendation** dated June 7, 2021.

Any party may obtain a review of the Report and Recommendation pursuant to Rule 72.3, which provides:

> Any party may object to a magistrate judge's proposed findings, recommendations or report addressing a motion or matter described in 28 U.S.C. § 636 (b)(1)(B) or making a recommendation for the disposition of a prisoner case or a habeas corpus petition within fourteen (14) days after being served with a copy thereof. Such party shall file with the clerk of court, and serve on the magistrate judge and all parties, written objections which shall specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for such objections. The briefing requirements set forth in Local Rule 72.2 shall apply. A judge shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge, however, need conduct a new hearing only in his or her discretion or where required by law, and may consider the record developed before the magistrate judge, making his or her own determination on the basis of that record. The judge may also receive further evidence, recall witnesses or recommit the matter to the magistrate judge with instructions.

Dated: June 7, 2021

                                                     *s/ Karoline Mehalchick*
                                                   **KAROLINE MEHALCHICK**
                                                   **United States Magistrate Judge**